# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**AUSTIN LEE PIPE SR.,**<br><br>Defendant. | CR 20-48-GF-BMM<br><br>**ORDER** |

Pending before the Court is the motion of the United States for telephonic testimony of one of its witnesses. For good cause shown,

IT IS ORDERED that Officer Doney may testify by telephone at the detention hearing set August 3, 2020. The United States shall make arrangements with the Court Clerk's staff and Officer Doney.

DATED this 30th day of July, 2020.

_____
John Johnston
United States Magistrate Judge