IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | PETITION TO OPEN JUVENILE |
| VS. | ) | RECORDS / COURT DOCUMENTS |
| | ) | |
| AUSTIN LEE PIPE SR. | ) | DOCKET NO. CR 20-48-GF-BMM- 01 |

Whereas the above-named defendant entered a plea of <u>Guilty</u> to the offense of <u>Assault Resulting in Substantial Bodily Injury</u>, in United States District Court for the District of Montana, and the Court having ordered a Pre-Sentence Investigation into the Defendant's background, the Petitioner requests all juvenile and adult records pertaining to the defendant, including law enforcement, Juvenile Court, County Probation, County Welfare, and Treatment Center records, be made available.

Respectfully,

_____
Peyton Jones
United States Probation Officer

01/20/2021
_____
Date

======================
**ORDER**
======================

THE COURT HAVING CONSIDERED THE AFOREMENTIONED PETITION does hereby order this __21st__ day of January, 2021, the release of pertinent juvenile records held by any law enforcement agency, juvenile court, probation office, welfare agency, or treatment center be provided to the Petitioner or authorized agency of the United States Probation Office.

_____
Brian Morris, Chief District Judge
United States District Court