IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br>    vs.<br><br>AUSTIN LEE PIPE, SR.,<br><br>                 Defendant. | CR-20-48-GF-BMM<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on August 28, 2024. (Doc. 92.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on August 27, 2024. (Doc. 93.) The United States accused Austin Lee Pipe, Sr. (Pipe) of violating his conditions of supervised release by: (1) being terminated from his secure in-patient drug treatment placement at Connections Corrections on August 16, 2024. ( *Id*.)

At the revocation hearings Pipe admitted to having violated the conditions of his supervised release by: (1) being terminated from his secure in-patient drug treatment placement at Connections Corrections on August 16, 2024. (Doc. 92.)

Judge Johnston found that the violation Pipe admitted prove serious and warrants revocation of his supervised release and recommends a sentence of 4 months with no period of supervised release to follow. (*Id.*)

The violation proves serious and warrants revocation of Lee's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 92.) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Joseph Dean Lee be sentenced to a term of custody of 4 months with no supervised release to follow.

DATED this 11th day of September, 2024.

_____
Brian Morris, Chief District Judge
United States District Court